UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN W. DOWDELL                                              CIVIL ACTION

VERSUS                                                       NO. 12-2585

ROBERT HENDERSON, ET AL.                                     SECTION "C" (1)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's federal application for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE** because he has neither paid the required filing fee nor requested and been granted permission to proceed *in forma pauperis*.

New Orleans, Louisiana, this 23 day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE